## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| State of Ohio,<br><br>　　Plaintiff(s),<br>v.<br><br>United States Army Corps of Engineers, *et al.*,<br><br>　　Defendant(s) | Date: April 27, 2015<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:15 CV 679 |

Status conference held w/ all counsel present. USA to respond to Injunction request by 5/4/15; reply, if any, 5/8/15.
Hearing set 5/11/15 @ 8:30 AM.
USA to respond to Port Authority's Motion to Intervene (Doc #17).
All counsel notified of this ORDER

Length of Proceeding: 30 MIN

Donald C. Nugent 4/27/15
United States District Judge