## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| State of Ohio,<br><br>    Plaintiff(s),<br><br>v.<br><br>United States Army Corp. Of Engineers, et al.,<br>    Defendant(s). | Date: July 7, 2016<br><br>Judge Donald C. Nugent<br><br>Court Reporter:<br><br>Case Numbers: 1:15 CV 679 |

Status conference held; counsel for all parties participating. The D has completed the record. Plaintiffs have 60 days to review the record -- until 9/7/16. Plaintiffs shall file their motion for summary judgment by 11/7/16; defendant's opposition & cross-motion for summary judgment due 12/7/16; Plaintiff's opposition to cross motion & reply in support of its motion due 1/9/17; Defendants reply due 1/23/17.

Defendants response to Plaintiffs Motion to amend complaint & for preliminary injunction shall be due in accordance with the federal rules of civil procedure. Status Conference set 9/6/16 @ 10:00.

Length of Proceeding: 30

*Donald C. Nugent* /AAB
United States District Judge